[Decided November 9, 1896.]

## MARX v. MOY HAM.

APPEAL from Multnomah County.

Action by Dan Marx against Moy Ham and Richard Roe, in which plaintiff had judgment.

*Mr. Frank V. Drake*, for appellants.

*Messrs. Emmons, Smith & Emmons*, and *George J. Cameron*, for respondent.

It appearing that the appeal had been abandoned, the judgment of the lower court was affirmed on motion.   No opinion.

AFFIRMED.

[Decided December 29, 1897.]

## OREGON LAND COMPANY v. STUBBINGS.

APPEAL from Marion County.

Suit by the Oregon Land Company against Wilson H. Stubbings and others to foreclose a mortgage. Stubbings and Marion County appeal.

*Messrs. Robert G. Morrow* and *Edward B. Watson*, for Stubbings.

*Mr. George G. Bingham*, for Marion County.

*Messrs. Bonham & Holmes*, for Oregon Land Company.

Pursuant to the written stipulation of the parties a final decree was entered adjusting the conflicting rights of the parties as they had agreed to among themselves. No opinion.

MODIFIED.

[Decided April 8, 1897.]

# AMERICAN FIRE INSURANCE COMPANY
## *v.* FISHER.

APPEAL from Multnomah County.

Action by the American Fire Insurance Company against Adam Fisher to recover the amount of a promissory note. There was a judgment for plaintiff and defendant appealed.

No appearance for appellant.

*Messrs. Edward Mendenhall* and *John H. Hall*, for respondent.

It appearing that the appeal herein had been abandoned, it was, on motion, ordered that the judgment of the lower court stand affirmed. No opinion.

AFFIRMED.